## WILLIAMS v. CHRYSLER-PLYMOUTH, INC.

No. 28 PC

Case below: 48 N.C. App. 308

Petition by defendant Chrysler Corp. for discretionary review under G.S. 7A-31 denied 4 November 1980.

## WISE v. LAUGHRIDGE

No. 33 PC

Case below: 48 N.C. App. 432

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 November 1980.